# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL ANGEL, | 1: 10 CV 00890 LJO  DLB |
| Plaintiff(s), | SCHEDULING ORDER (Fed.R.Civ.P 16) |
| v. | Discovery Deadlines:<br>　　Non Expert: September 1, 2011<br>　　Expert: Amend October 29, 2010 |
| GOLDEN VALLEY TRANSPORT, LLC. | Non-Dispositive Motion Deadlines:<br>　　Filing: September 14, 2011<br>　　Hearing: October 7, 2011<br>　　Amendments: October, 29, 2010 |
| Defendant. | Status Conference Re: Class Certification:<br>　　January 20, 2011 at 9:00 a.m.<br>　　Courtroom 9 |
| | Dispositive Motion Deadlines:<br>　　Filing: October 3, 2011<br>　　Hearing: November 15, 2011 |
| | Pre-Trial Conference:<br>　　January 5, 2012 at 8:30 a.m.<br>　　Courtroom 4 |
| | Trial:　February 27, 2012 at 8:30 a.m.<br>　　Courtroom 4 JT 5 to 7 days |

**I.      Date of Scheduling Conference**

September 7, 2010.

**II.     Appearances of Counsel**

Neal D. Douglas appeared on behalf of Plaintiff.

Bruce J. Berger appeared on behalf of Defendant.

1

**III.    Discovery Plan and Cut-Off Date**

The parties are ordered to complete all discovery pertaining to non-experts on or before September 1, 2011 and all discovery pertaining to experts on or before Amend October 29, 2010.

The parties are directed to disclose all expert witnesses, in writing, on or before July 1, 2011, and to disclose all supplemental experts on or before August 1, 2011.  The written designation of experts shall **be made pursuant to Fed. R. Civ. P. Rule 26(a)(2), (A) and (B) and shall include all information required thereunder.**  Failure to designate experts in compliance with this order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

The provisions of Fed. R. Civ. P. 26(b)(4) and (5) shall apply to all discovery relating to experts and their opinions.  Experts must be fully prepared to be examined on all subjects and opinions included in the designation.  Failure to comply will result in the imposition of sanctions, which may include striking the expert designation and preclusion of expert testimony.

The provisions of Fed. R. Civ. P. 26(e) regarding a party's duty to timely supplement disclosures and responses to discovery requests will be strictly enforced.

**IV.    Pre-Trial Motion Schedule**

All Amendments or Motions to Amend Pleadings shall be filed on or before October, 29, 2010.

All Non-Dispositive Pre-Trial Motions, including any discovery motions, shall be filed no later than September 14, 2011 and heard on or before October 7, 2011.  Non-dispositive motions are heard on Fridays at 9:00 a.m., before the Honorable Dennis L. Beck, United States Magistrate Judge in Courtroom 9.  **Counsel must comply with Local Rule 251 with respect to discovery disputes or the motion will be denied without prejudice and dropped from calendar.**

In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 144(e).  However, if counsel does not obtain an order shortening time, the notice of motion *must* comply with Local Rule 251.

Counsel may appear and argue non-dispositive motions by telephone, providing a written request to so appear is made to the Magistrate Judge's Courtroom Clerk no later than five (5) court days before the noticed hearing date.  In the event that more than one attorney requests to appear by telephone then it shall be the obligation of the moving part(ies) to arrange and originate a conference call to the court.

All Dispositive Pre-Trial Motions shall be filed no later than October 3, 2011 and heard no later than November 15, 2011, in Courtroom 4 before the Honorable Lawrence J. O'Neill, United States District Court Judge.  In scheduling such motions, counsel shall comply with **Fed.R.Civ.P 56 and Local Rules 230 and 260**.

**Motions for Summary Judgment or Summary Adjudication**

Prior to filing a motion for summary judgment or motion for summary adjudication the parties are ORDERED to meet, in person or by telephone, and confer to discuss the issues to be raised in the motion.

The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion; 6) to arrive at a joint statement of undisputed facts.

The moving party shall initiate the meeting and provide a draft of the joint statement of undisputed facts.  **In addition to the requirements of Local Rule 260 the moving party shall file a joint statement of undisputed facts**.

3

1  In the notice of motion the moving party shall certify that the parties have met and
2  conferred as ordered above or set forth a statement of good cause for the failure to meet and
3  confer.

4  **V.    Pre-Trial Conference Date**
5  January 5, 2012 at 8:30 a.m. in Courtroom 4 before Judge O'Neill.
6  The parties are ordered to file a **Joint Pretrial Statement pursuant to Local**
7  **Rule 281(a)(2).** The parties are further directed to submit a digital copy of their pretrial statement
8  in Word Perfect X3[1] format, directly to Judge O'Neill's chambers by email at
9  LJOOrders@caed.uscourts.gov.
10  Counsels' attention is directed to **Rules 281 and 282 of the Local Rules** of
11  Practice for the Eastern District of California, as to the obligations of counsel in preparing for the
12  pre-trial conference.  The Court will insist upon strict compliance with those rules.  In addition to
13  the matters set forth in the Local Rules the Joint Pretrial Statement shall include a Joint
14  Statement of the case to be used by the Court to explain the nature of the case to the jury during
15  voir dire.

16  **VI.   Trial Date**
17  February 27, 2012 at 8:30 a.m. in Courtroom 4 before the Honorable Lawrence J.
18  O'Neill, United States District Court Judge.
19  A.    This is a jury trial.
20  B.    Counsels' Estimate of Trial Time: 5 to 7 days.
21  C.    Counsel's attention is directed to Local Rules of Practice for the Eastern
22        District of California, Rule 285.

23
24
25
26  [1] If WordPerfect X3 is not available to the parties then the latest version of WordPerfect or any other word processing program in general use for IBM compatible personal computers is
27  acceptable.
28                                    4


**VII. Settlement Conference**

Should the parties desire a settlement conference, they will jointly request one of the court, and one will be arranged. In making such request, the parties are directed to notify the court as to whether or not they desire the undersigned to conduct the settlement conference or to arrange for one before another judicial officer.

**VIII. Request for Bifurcation, Appointment of Special Master, or other Techniques to Shorten Trial**

Not applicable at this time.

**IX. Related Matters Pending**

There are no pending related matters.

**X. Compliance with Federal Procedure**

All counsel are expected to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of Practice of the Eastern District of California, and to keep abreast of any amendments thereto. The Court must insist upon compliance with these Rules if it is to efficiently handle its increasing case load and sanctions will be imposed for failure to follow the Rules as provided in both the Federal Rules of Civil Procedure and the Local Rules of Practice for the Eastern District of California.

**XI. Effect of this Order**

The foregoing order represents the best estimate of the court and counsel as to the agenda most suitable to dispose of this case. The trial date reserved is specifically reserved for this case. If the parties determine at any time that the schedule outlined in this order cannot be met, counsel are ordered to notify the court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference.

**Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.**

Failure to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **September 14, 2010**                         /s/ **Dennis L. Beck**
                                                                      UNITED STATES MAGISTRATE JUDGE

6