Bruce J. Berger, #133320
**STAMMER, McKNIGHT, BARNUM & BAILEY LLP**
2540 W. Shaw Lane, Suite 110
Post Office Box 9789
Fresno, California  93794-9789
Telephone: (559) 449-0571
Facsimile:  (559) 432-2619

Attorneys for Defendant GOLDEN VALLEY TRANSPORT, LLC, a California limited liability company ("GVT")

Neal D. Douglass, #227976
**LAW OFFICE OF RUSSELL D. COOK**
1233 West Shaw Avenue, Suite 100
Fresno, California  93711
Telephone:    (559) 225-2510
Facsimile:    (559) 229-3941

Attorneys for Plaintiff DARRELL ANGEL

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DARRELL ANGEL, an individual,<br><br>        Plaintiff,<br><br>   vs.<br><br>GOLDEN VALLEY TRANSPORT, LLC, a California limited liability company; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.:  1:10-CV-00890-LJO-DLB<br><br>**STIPULATION OF DISMISSAL;ORDER**<br><br>**[Fed.R.Civ.P. 41(a)(1)]** |

    IT IS HEREBY STIPULATED by and between the parties to this action through their designated attorneys of record that the above-captioned matter be and hereby is dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(1), with the parties to bear their own attorneys fees and costs.

    The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to enter into this stipulation.  Court

- 1 –
<u>Angel v. Golden Valley Transport, LLC</u>
United States District Court – Eastern District of California (Fresno Division) Case No. 1:10-CV-00890-LJO-DLB
**STIPULATION OF DISMISSAL; ORDER**

approval is not required for a stipulation of dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), but out of an abundance of caution space is provided for an order if needed.

DATED:  May 18, 2011

By_____/s/_____
NEAL D. DOUGLASS
Attorney for Plaintiff,
DARRELL ANGEL

DATED:  May 19, 2011

By_____/s/_____
BRUCE J. BERGER
Attorney for Defendant, GVT

## ORDER

Despite the parties' assertion that Court approval is not required, this Court DISMISSES without prejudice this action in its entirety and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:  **May 20, 2011**             /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE